UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENYON CLINTON, #364567,

    Plaintiff,

v.

    File no: 1:18-CV-1114

    HON. ROBERT J. JONKER

CHAPLAIN PAUL DUBY, et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 1, 2019 (ECF No. 29). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 29) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Chaplain Duby's motion for partial summary judgment (ECF No. 20) is **GRANTED**. All of Plaintiff's claims against Defendant Duby are dismissed except for the First Amendment and RLUIPA claims excluded from defendant's motion.

Date: September 25, 2019

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE